Victor Parsons T379654
Name and Prisoner/Booking Number

Lower Buckeye Jail
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, Arizona 85009
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 0 1 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

Victor Parsons
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Chris Hannigan #22887
(Full Name of Defendant)

(2) Natalie Barela #22735

(3) Officer John Doe 1

(4) Dr. John Doe

Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. _____
CV-17-4456-PHX-DLR-DKD
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

### A.  JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☒ Other: 28 USC 2201, 2202, 2283, 2284, 1391, 1367

2.  Institution/city where violation occurred: Tempe, AZ

**550/555**

(5) Officer John Doe 2

The fifth defendant is employed as a Police officer at Tempe Police Dept.

All officers and medical personnel are sued in their individual and official capacities.

1-A

## B. DEFENDANTS

1. Name of first Defendant: Chris Hannigan                    . The first Defendant is employed
as: Police Officer                    at Tempe Police Dept.                    .
   (Position and Title)                    (Institution)

2. Name of second Defendant: Natalie Barela                    . The second Defendant is employed as:
as: Police Officer                    at Tempe Police Dept                    .
   (Position and Title)                    (Institution)

3. Name of third Defendant: Officer John Doe                    . The third Defendant is employed
as: Police officer                    at Tempe Police Dept.                    .
   (Position and Title)                    (Institution)

4. Name of fourth Defendant: Dr. John Doe                    . The fourth Defendant is employed
as: doctor                    at Banner Desert Hospital                    .
   (Position and Title)                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☑ Yes    ☐ No

2. If yes, how many lawsuits have you filed? 2 . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: Victor Parsons v. Charles Ryan et. al.
      2. Court and case number: CV-446-PHX-CKJ
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)
         Withdrew to enter class action (below)

   b. Second prior lawsuit:
      1. Parties: Victor Parsons et. al. v. Charles Ryan et. al.
      2. Court and case number: CV 12-00601-PHX-DJH
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)
         Settlement reached

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D.   CAUSE OF ACTION

### COUNT I

1.   State the constitutional or other federal civil right that was violated: 4ᵀᴴ &14ᵀᴴ
     Amendment

2.   **Count I.   Identify the issue involved.   Check only one.   State additional issues in separate counts.**
     ☐ Basic necessities            ☐ Mail                ☐ Access to the court      ☐ Medical care
     ☐ Disciplinary proceedings     ☐ Property            ☐ Exercise of religion     ☐ Retaliation
     ☒ Excessive force by an officer ☐ Threat to safety   ☐ Other: _____

3.   **Supporting Facts.**   State as briefly as possible the FACTS supporting Count I.   Describe exactly what **each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without citing legal authority or arguments.

On Dec. 14, 2015 Mr. Parsons was arrested by Tempe Police officers
Chris Hannigan, Natalie Barela, officer John Doe 1, officer John
Doe 2. I suffer from bipolar paranoid schizophrenia. I was arrested
for DUI. During the arrest, excessive force by the police officers in the
form of a mag flashlite to Mr. Parsons head forced the police to provide
medical care. Mr. Parsons was taken Banner Desert Hospital.
I was placed in a room with no cameras, all the officers turned
off their body cameras. The above officers and Dr. John Doe from
Banner held my body down by force in order to draw blood. The
same officers and doctor held me down, cut off my clothes and
forced a catheter in me in order to extract urine. All against my
consent and will.

4.   **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).
urinary incontinence, bloody penis right after, excruciating pain
bruising on arms

5.   **Administrative Remedies:**
     a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at
          your institution?                                                       ☐ Yes  ☒ No
     b.   Did you submit a request for administrative relief on Count I?           ☐ Yes  ☒ No
     c.   Did you appeal your request for relief on Count I to the highest level?  ☐ Yes  ☒ No
     d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
          did not. none available

**COUNT II**

1.   State the constitutional or other federal civil right that was violated: _____
_____.

2.   **Count II.**   Identify the issue involved.   Check **only one.**   State additional issues in separate counts.

☐ Basic necessities          ☐ Mail               ☐ Access to the court       ☐ Medical care
☐ Disciplinary proceedings   ☐ Property           ☐ Exercise of religion      ☐ Retaliation
☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____

3.   **Supporting Facts.**   State as briefly as possible the FACTS supporting Count II.   Describe exactly what **each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.   **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5.   **Administrative Remedies.**
a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                ☐ Yes     ☐ No
b.   Did you submit a request for administrative relief on Count II?         ☐ Yes     ☐ No
c.   Did you appeal your request for relief on Count II to the highest level?   ☐ Yes     ☐ No
d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

Compensatory, punitive, damages to be determined by the court any other
relief the court deems just and proper.
Declatory relief

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___11_/_27_/_17____                          _____
                DATE                                         SIGNATURE OF PLAINTIFF


_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)


_____
(Signature of attorney, if any)


_____
(Attorney's address & telephone number)


## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.   If you need more space, you may
attach no more than fifteen additional pages.   But the form must be completely filled in to the extent applicable.
If you attach additional pages, be sure to identify which section of the complaint is being continued and number
all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE

# <u>CERTIFICATION</u>

I hereby certify that on this date           __**2017 November 28**__

I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

√   Hon  _____ United States District Court, District of Arizona.

___   Hon  _____ United States District Court, District of Arizona.

___   Attorney General, State of Arizona,  _____

___   Judge  _____ Superior Court, Maricopa County, State of Arizona.

___   County Attorney, Maricopa County, State of Arizona _____

___   Public Defender, Maricopa County, State of Arizona _____

___   Attorney _____

___   Other _____

___  _____

___  _____

Legal Support Specialist Signature     **B3648**
                                               S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009